# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ESTATE OF DANIEL JOSEPH ZELLMER, by and through its Personal Representatives JESSE ZELLMER, an individual, and SARAH ELLMER, an individual,<br><br>*Plaintiff*<br>v.<br>EASTERN STATE HOSPITAL, a division of WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, a Washington State agency, TONY BOWIE and JANE DOE BOWIE, and the marital community thereof; JOHN AND JANE DOES 1 THROUGH 10, and the marital communities thereof,<br><br>*Defendant* | Civil Action No. 2:24-cv-00143-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order filed at ECF No. 15, this action is DISMISSED with prejudice and without costs, pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice .

Date: 6/30/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza